Albert P. HILL and George W. TRYON, respts., v. Ernest R. PHILO, applt. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Motion denied.

HINKLEY v. AMERICAN LUMBER & MANUFACTURING CO. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Appeal from Special Term, New York County. Action by Charles S. Hinkley against the American Lumber & Manufacturing Company. From an order denying a motion to compel plaintiff to accept answer, defendant appeals. Order reversed, and motion granted.

PER CURIAM. We think that the verification of the answer in this case is sufficient, and that, therefore, the order appealed from must be reversed, with $10 costs and disbursements, and the motion granted, with $10 costs. Order filed.

HIRSH & SCHOFIELD, Inc., v. GUSMER. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Appeal from Special Term, New York County. Action by Hirsh & Schofield, Incorporated, against Aage Gusmer. From an order denying a motion for the continuance of a temporary injunction pendente lite, plaintiff appeals. Affirmed. See, also, 155 N. Y. Supp. 1113.

PER CURIAM. Without determining whether or not the plaintiff would be entitled to an injunction by final judgment after a trial of the action, we think the court was justified in refusing to continue the temporary injunction. The order appealed from is therefore affirmed, with $10 costs and disbursements.

HOBAN–HUNTER–FEITNER COMPANY v. PARSHELSKY BROS., Inc. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Appeal from Trial Term, New York County. Action by the Hoban-Hunter-Feitner Company against Parshelsky Bros., Incorporated. Verdict for defendant. From order setting such verdict aside and granting new trial, defendant appeals. Order appealed from reversed, motion to set aside verdict denied, and verdict reinstated.

PER CURIAM. We think there was a fair question for the jury and that their verdict should not have been disturbed. The order appealed from is therefore reversed, with costs, the motion to set aside the verdict denied, and the verdict reinstated. Order filed.

HOBART, Respondent, v. TOWN OF TULLY, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Francelia Hobart, as administratrix, etc., against the Town of Tully. No opinion. Judgment and order affirmed, with costs. See, also, 161 App. Div. 908, 145 N. Y. Supp. 1127.

In re HODGES' ESTATE. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) In the matter of the estate of Mattie Hodges, deceased. No opinion. Decree affirmed, with costs. See, also, 155 N. Y. Supp. 1113.

John HOFACKER, respondent, v. ASTORIA VENEER MILLS & DOCK COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Judgment and order unanimously affirmed, with costs. No opinion.

Louise HOHNER, appellant, v. Joseph MALONE, respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Judgment affirmed, with costs of this appeal. No opinion. Jenks, P. J., and Carr, Stapleton, Mills, and Putnam, JJ., concur.

HOLLAND et al., Respondents, v. WESTERN UNION TELEGRAPH CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by James L. Holland and another against the Western Union Telegraph Company and another. No opinion. Order affirmed, with $10 costs and disbursements. *Held*, that a case was presented by the papers warranting the granting of the temporary injunction, and that in view of the disposition of the appeal now made by this court it is not necessary to pass further upon the questions sought to be presented therein.

HORACE L. KENDALL CO., respt., v. McGREGOR LIVERY & SALES STABLE, Inc., applt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Motion granted and appeal dismissed without costs.

Edwin M. HOUGHTALING v. UPPER KITTANNING BRICK CO. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Application denied, with $10 costs. Order signed.

HUGUENOT TRUST COMPANY, respondent, v. Peter DOERN and Catharine DOERN, appellants, and Charles Otten, defendant. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

In the matter of the judicial settlement of the accounts of Lottie HULL, as executrix, etc., of Henry G. Farnham, deceased. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Settled.

James R. HUNTER, Respt., v. PRESS PUBLISHING CO., Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. Order filed.